# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JANICE KIMBERLY NOBLE                                                                 PLAINTIFF(S)

VS.                              Case No. 4:15CV00636  SWW

USAA CASUALTY INSURANCE COMPANY, ET AL                    DEFENDANT(S)

### ORDER

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 19th day of October 2015.


AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY:  /s/ Cecilia Norwood
    Courtroom Deputy to
    U.S. District Judge Susan Webber Wright